1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  **CARLOS S. MIRANDA,**                  )     NO. EDCV 08-00462-MAN
                                         )
12                  **Plaintiff,**          )
                                         )     **JUDGMENT**
13           v.                          )
                                         )
14  **MICHAEL J. ASTRUE,**                  )
    **Commissioner of Social Security,**    )
15                                       )
                    **Defendant.**          )
16  _____)

17

18       Pursuant to the Court's Memorandum Opinion and Order,

19

20       IT IS ADJUDGED that the decision of the Commissioner of the Social

    Security Administration is reversed, and the cause is remanded for
21

22  further proceedings consistent with the provisions of the Memorandum

    Opinion and Order.
23

24

    DATED: September 4, 2009
25
                                        _Margaret A. Nagle_
26
                                           MARGARET A. NAGLE
                                      UNITED STATES MAGISTRATE JUDGE
27

28