LAW OFFICES OF BILL LATOUR
Bill LaTour [CSBN: 169758]
        11332 Mountain View Ave., Suite C
        Loma Linda, California 92354
        Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
        E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS MIRANDA, | ) | No.  EDCV 08-462 MAN |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EAJA FEES |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of  TWO  THOUSAND FIVE HUNDRED DOLLARS and 00/cents ($2,500.00) as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED:  October 19, 2009        _____/s/_____

                                HON. MARGARET A. NAGLE
                                UNITED STATES MAGISTRATE JUDGE